UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> PABLO TREJO-ZAMBRANO, <br>     Defendant. | Case No. 95-cr-02013-AJB <br> Related Case No. 94-cr-00578-AJB <br> JUDGMENT AND ORDER GRANTING MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AND RECALL ARREST WARRANT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

Dated: August 31, 2022

_____
Hon. Anthony J. Battaglia
United States District Judge